**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 7, 2015.**



### In The

### Fourteenth Court of Appeals

---

### NO. 14-14-00950-CV

---

### ANNE INVESTMENTS, LLC, VISHAL ANNE AND KARNIK VYAS, Appellants

### V.

### JFK PLAZA INC., Appellee

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1039168**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 29, 2014. On April 24, 2015, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.